IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERBERT TILLMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FEDERAL HOME LOAN | : | NO. 12-3260 |
| MORTGAGE CORP., ET AL. | : | |
| | : | |

## ORDER

**AND NOW,** this 9th day of April, 2013, upon consideration of Plaintiff's Motion for Alternative Service (Docket No. 39), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.